NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1341

IN RE FRANCES E. HAYLOCK,

Debtor.

------------------------------------------------

JOHN D. BURNS,

Appellant,

v.

GEORGE BASILIKAS TRUST,

Appellee.

Appeal from the United States District Court for the District of Columbia in case no. 1:08-CV-325, Judge Richard J. Leon.

ON MOTION

ORDER

Upon consideration of John D. Burns' motion for an extension of time to respond to this court's May 29, 2009 order,

IT IS ORDERED THAT:

(1)    The motion is granted to the extent that, unless Burns responds to the May 29 order within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

(2)    No further extensions should be anticipated.

FOR THE COURT

**JUN 1 6 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 16 2009

JAN HORBALY
CLERK

cc:   John D. Burns
      Jeffrey Sherman, Esq.

s8

2009-1341                  2